**2 PAGES**
**PATRICK KAVANAGH**, Bar No. 99829
**Law Offices of Patrick Kavanagh**
1331 "L" Street
Bakersfield, CA 93301
(661) 322-5553
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| In the Matter of | Case No. 17-10624 - B - 7 |
|---|---|
| | DC-PK-1; Chapter 7 |
| REBECCA ANN STARK | EX PARTE MOTION TO REOPEN ESTATE LBR 5010-1 |
| Debtor(s). | |

TO THE HONORABLE RENE LASTRETO II, UNITED STATES BANKRUPTCY COURT JUDGE:

The ex parte motion of Debtor, through her attorney, respectfully represents:

1. Debtor filed the herein bankruptcy on February 24, 2017.

2. On June 16, 2017, a Final Decree was filed with the Court.

3. Debtor desires to reopen the Bankruptcy Estate to allow Motion to Avoid Lien of California Republic Bank to be entered.

4. Under LBR 5010-1(b), it is movant's opinion that the appointment of trustee is not necessary or advisable since no assets are being added and movant represents that the only act the debtor's counsel intends, contemplates or anticipates is avoiding a lien on the debtor's residence.

1

The residence was scheduled when the petition was filed and no objections to the debtor's claim of exemption were filed.

WHEREFORE, Debtor prays that this estate be reopened and that the debtor have such other and further relief as is just and proper.

DATED: 2/17/2021　　　LAW OFFICES OF PATRICK KAVANAGH

　　　　　　　　　　　　　PATRICK KAVANAGH (Attorney for Debtor)