FORM L147 Order Reopening Case (v.3.16)     17–10624 – B – 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721–1318
(559) 499–5800
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



## ORDER REOPENING CASE

**Case Number:** 17–10624 – B – 7

**Debtor Name(s) and Address(es):**

Rebecca Ann Stark
13014 Sunlight Star Street
Bakersfield, CA 93314

**IT IS ORDERED** that the above–entitled case is hereby reopened. No further action has been taken by the Court other than to reopen the case, unless you have received and have satisfied all issues highlighted in a *Notice of Case Closed Without Discharge*.

Any request for additional relief must be made by a separate motion.

No trustee will be appointed in this case unless a party to the case files a request for the appointment of a trustee.

The case will be closed without further notice if the debtor/party does not also file the motion, complaint, or statement on which the reopening is based within 30 days.

Dated: 2/17/21

ORDERED PURSUANT TO THE COURT'S GENERAL
ORDER THAT DELEGATES AUTHORITY TO THE CLERK
OF THE BANKRUPTCY COURT AND HIS DEPUTIES
WAYNE BLACKWELDER, CLERK

By: __jflf_____
                Deputy Clerk