2 PAGES
**PATRICK KAVANAGH**, Bar No. 99829
**Law Offices of Patrick Kavanagh**
1331 "L" Street
Bakersfield, CA 93301
(661) 322-5553
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No. 17-10624 - B - 7 |
| | DC-PK-1; Chapter 7 |
| REBECCA ANN STARK | CERTIFICATE OF SERVICE |
| Debtor(s). | |

I, the undersigned, whose address appears below certify that I am and at all times hereinafter mentioned was more than 18 years of age and I am not a party to the herein proceeding.

That on 2/17/21, I served a true copy of

EX PARTE MOTION TO REOPEN ESTATE

by electronic service:

　　　U. S. TRUSTEE　　　　　　　　ustpregion17.fr.ecf@usdoj.gov

by U.S. mail service to:

Jeffrey M. Vetter
Chapter 7 Trustee
P.O. Box 2424
Bakersfield, CA 93303

3

Debtor
Rebecca Stark
13014 Sunlight Star Street
Bakersfield, CA 93314

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing and said correspondence was deposited with postage thereon fully prepaid with the U.S. Postal Service the same day in the ordinary course of business. I am readily familiar with the firm's practice of electronic notification and personal service.

    I certify under penalty of perjury that the foregoing is true and correct.

Dated: 2/17/2021

*Brenda Hud[signature]*
1331 "L" Street
Bakersfield, CA 933