3 PAGES
PATRICK KAVANAGH, Bar No. 99829
LAW OFFICES OF PATRICK KAVANAGH
1331 "L" Street
Bakersfield, CA 93301
(661) 322-5553
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of<br><br>REBECCA STARK,<br>Debtor | Case No. 17-10624 - B - 7<br><br>DC-PK-2<br><br>Chapter 7 |
| REBECCA STARK,<br><br>Movants,<br><br>vs.<br><br>Mechanic's Bank, as successor by Merger to<br>California Republic Bank,<br><br>Respondents. | MOTION TO AVOID LIEN OF CALIFORNIA REPUBLIC BANK<br><br>DATE: March 3, 2021<br>TIME: 10:00AM<br>PLACE: 510 19th St, Dep. B<br>Bakersfield, CA<br>JUDGE: René Lastreto II |

COMES NOW REBECCA STARK, Debtor herein, through her attorney of record, PATRICK KAVANAGH, and hereby moves this Court for an order avoiding the lien of CALIFORNIA REPUBLIC BANK.

1. This case was commenced by the filing on February 24, 2017, of a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

1

2. This motion is brought pursuant to 11 U.S.C. §522(f) and Bankruptcy Rules 4003(d) and 9014 to avoid judgment liens that impair the Debtors' exemption to which the debtor would have been entitled in the real property located at 13014 Sunlight Star Street, Bakersfield, California 93314 more particularly described as follows:

> Lot 103 of Tract No. 6453, Unit No. 1, in the City of Bakersfield, county of Kern, State of California, as shown on the map recorded in Book 57, Pages 87 through 92, inclusive, in the office of the County Recorder of Kern County.

3. On or about the following dates, the following judgment lien creditor acquired a judgment lien against the Debtor's residence as follows:

| | |
|---|---|
| CREDITOR: | California Republic Bank |
| DATE OF LIEN: | 9/18/2015 |
| AMOUNT OF LIEN: | $17,007.27 |
| INSTRUMENT NO. | 0215130334 |

4. Debtor's interest in the property referred to in the preceding paragraph does not exceed the value allowed to be claimed exempt under CCP §704.720.

5. The Debtor has claimed the Property as exempt.

6. The existence of said creditor's liens upon the Debtor's residence impairs an exemption to which the Debtor would be and is entitled to under 11 U.S.C. §522(b). Filed concurrently herewith as Exhibits "A" and "B" respectively and incorporated by reference herein are true and correct copies of Schedules A and C of the petition. The subject property is valued at $281,000.00 with a secured claim of $181,481.00 and is exempted for $99,519.00.

7. Pursuant to 11 U.S.C. §522(f), Debtor may avoid any and all liens on the property described above to the extent that the liens impair an exemption to which the Debtor would have been and is entitled. Debtor hereby invokes said section to avoid the security interest of the aforesaid creditor.

8. A true and correct copy of said lien is filed concurrently herewith as Exhibit "C" and incorporated by reference herein.

WHEREFORE, Debtor prays that this Court enter an order avoiding any and all liens or security interests of the aforesaid creditor in the property described above pursuant to 11 U.S.C. §522(f).

Dated: 2/17/2021

                             LAW OFFICES OF PATRICK KAVANAGH

                             By: _____
                             PATRICK KAVANAGH
                             Attorney for Debtor(s)