**3 PAGES**
**PATRICK KAVANAGH**, Bar No. 99829
**LAW OFFICES OF PATRICK KAVANAGH**
1331 "L" Street
Bakersfield, CA 93301
(661) 322-5553
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of<br><br>REBECCA STARK,<br>Debtor | Case No. 17-10624 - B - 7<br><br>DC-PK-2<br><br>Chapter 7 |
| REBECCA STARK,<br><br>Movants,<br><br>vs.<br><br>Mechanic's Bank, as successor by Merger to<br>California Republic Bank,<br><br>Respondents. | NOTICE OF HEARING ON MOTION TO AVOID LIEN OF CALIFORNIA REPUBLIC BANK<br><br>DATE: March 3, 2021<br>TIME: 10:00AM<br>PLACE: 510 19th St, Dep. B<br>         Bakersfield, CA<br>JUDGE: René Lastreto II |

TO RESPONDENT/CREDITORS:

YOU, AND EACH OF YOU, WILL PLEASE TAKE NOTICE that on the date, time, and place set forth above, debtor, through his attorneys, will move this Court for an order avoiding any and all of respondent's liens on debtor's property pursuant to 11 U.S.C. §522(f). Said motion will be based on this notice, the papers and documents on file herein, and any and all matters presented to the Court.

1

**YOUR RIGHTS MAY BE AFFECTED** You should read the papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

No written opposition is required. Opposition, if any, shall be presented at the hearing. If opposition is presented, or if there is other good cause, the Court may continue the hearing to permit the filing of evidence and briefs.

YOU ARE FURTHER NOTIFIED it is possible to appear at Bankruptcy Court hearings by telephone. The system for such appearances is through a third party vendor, Court Call. Court Call requires reservations 24 hours in advance. Court Call may be contacted at (866) 582-6878 or at CourtCall.com. If you appear by Court Call you assume the risk of bad or incomplete connections. Parties who appear telephonically must view the pre-hearing dispositions prior to the hearing.

The Court posts pre-hearing dispositions which may include tentative rulings or that the Court has resolved the matter without oral argument. The pre-hearing dispositions may be viewed by checking the Court's website the day before the hearing, after 4:00p.m. Court Call information is also available on the Court's website. The Court's website is at www.caeb.uscourts.gov.

**COVID19 SUPPLEMENT TO NOTICE**

At the time that this motion is being filed, there are COVID19 special orders in effect. These are set out on the Court's website. These orders generally provide that all appearances before the Court shall be by telephone. At present, no one may appear in Bankruptcy Court without a Court order allowing them to appear. These orders may expire prior to the hearing in this case. If you are planning on appearing

2

physically in Court for this hearing, it is strongly suggested that, prior to your appearance, that you consult the Court's website to see what, if any, COVID19 supplemental orders are still in effect.

Dated: 2/17/2021

LAW OFFICES OF PATRICK KAVANAGH

By: _____
PATRICK KAVANAGH
Attorney for Debtor(s)

3