2 PAGES
PATRICK KAVANAGH, Bar No. 99829
**LAW OFFICES OF PATRICK KAVANAGH**
1331 "L" Street
Bakersfield, CA 93301
(661) 322-5553
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No. 17-10624 - B - 7 |
| REBECCA STARK, | DC-PK-2 |
| Debtor | Chapter 7 |
| REBECCA STARK, | DECLARATION OF REBECCA STARK IN SUPPORT OF MOTION TO AVOID LIEN OF CALIFORNIA REPUBLIC BANK |
| Movants, | |
| vs. | |
| Mechanic's Bank, as successor by Merger to California Republic Bank, | DATE: March 3, 2021<br>TIME: 10:00AM<br>PLACE: 510 19th St, Dep. B Bakersfield, CA<br>JUDGE: René Lastreto II |
| Respondents. | |

I, REBECCA STARK declare:

1. I am the Debtor above-named.

2. All the facts stated in this declaration are true and correct to my own knowledge, except for those items stated on information and belief, and as to those items stated on information and belief, I believe them to be true.

1

3. I believe the fair market value of the residence at the time the petition was filed to be approximately $281,000.00, based on sales in the neighborhood.

4. The equity in the residence was claimed exempt for $99,519.00 when the petition was filed in this matter.

5 Attached as Exhibits A and B are true and correct copies of my schedules A and C that were filed with my bankruptcy petition. At the time I filed my petition, I prepared the bankruptcy petition based on personal knowledge supplemented by a review of my bills and a creditor report.

6. Attached as Exhibit C is a true and correct copy of the judgment lien that is the subject of this motion.   This lien impairs my exemption.

I declare under penalty of perjury that the foregoing is true and correct.  Executed at Bakersfield, California.

Dated: 2/17/2021

_____
REBECCA STARK
Declarant

2