**2 PAGES**
**PATRICK KAVANAGH**, Bar No. 99829
**LAW OFFICES OF PATRICK KAVANAGH**
1331 "L" Street
Bakersfield, CA 93301
(661) 322-5553
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of<br><br>REBECCA STARK,<br>Debtor | Case No. 17-10624 - B - 7<br><br>DC-PK-2<br><br>Chapter 7 |
| REBECCA STARK,<br><br>Movants,<br><br>vs.<br><br>Mechanic's Bank, as successor by Merger to California Republic Bank,<br><br>Respondents. | DECLARATION OF PATRICK KAVANAGH IN SUPPORT OF MOTION TO AVOID LIEN OF CALIFORNIA REPUBLIC BANK<br><br>DATE: March 3, 2021<br>TIME: 10:00AM<br>PLACE: 510 19th St, Dept. B<br>           Bakersfield, CA<br>JUDGE: René Lastreto II |

I, PATRICK KAVANAGH, declare and state:

1. I am an attorney licensed to practice before this Court, and I am the attorney for the debtors herein.

2. If called upon to testify as a witness in this matter, I would be competent to testify to the truth of the facts stated in this declaration, each of which are within my personal knowledge or based upon my investigation.

1

3. As part of my drafting this motion, I attempted to locate California Republic Bank in the FDIC Institution Directory to confirm the appropriate address for service of the motion to avoid lien. When there was no current listing, I searched the FDIC website. Based on that search, I became aware that CRB merged with Mechanic's Bank. Attached as Exhibit "D" is a true and correct copy of Pages 1-3 of FDIC "Merger Decisions 2016". This was on fdic.gov website which is the website maintained by an agency of the U.S. Government. The specific web address of this documents is: https://www.fdic.gov/bank/individual/merger/2016/2016.pdf.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Bakersfield, California.

DATED: 2/17/2021

_____
PATRICK KAVANAGH
Declarant