```
17 PAGES
PATRICK KAVANAGH, Bar No. 99829
LAW OFFICES OF PATRICK KAVANAGH
1331 "L" Street
Bakersfield, CA 93301
(661) 322-5553
Attorney for Debtor
```

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| In the Matter of | Case No. 17-10624 - B - 7 |
|---|---|
| REBECCA STARK, Debtor | DC-PK-2<br><br>Chapter 7 |
| REBECCA STARK,<br><br>          Movants,<br><br>vs.<br><br>Mechanic's Bank, as successor by Merger to<br>California Republic Bank,<br><br>          Respondents. | EXHIBITS IN SUPPORT OF MOTION TO AVOID LIEN OF CALIFORNIA REPUBLIC BANK<br><br>DATE:    March 3, 2021<br>TIME:    10:00AM<br>PLACE:   510 19th St, Dept. B<br>         Bakersfield, CA<br>JUDGE:   René Lastreto II |

COMES NOW **PATRICK KAVANAGH**, Attorney for Debtor, and respectfully submits the following exhibits in support of his motion to avoid the lien of California Republic Bank;

|  |  | Pages |
|---|---|---|
| Exhibit "A" | Schedule A | 3 |
| Exhibit "B" | Schedule C | 9 |

1

| | | | |
|---|---|---|---|
| Exhibit "C" | Judgement Lien of California Republic Bank | | 11 |
| Exhibit "D" | Pages 1-3 of FDIC "Merger Decisions 2016" | | 14 |

Dated: 2/17/2021

LAW OFFICES OF PATRICK KAVANAGH

By: _____
PATRICK KAVANAGH
Attorney for Debtor(s)

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | Rebecca | Ann | Stark |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property     12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ■ Yes. Where is the property?

1.1

**13014 Sunlight Star Star**
Street address, if available, or other description

**Bakersfield**    **CA**    **93314-0000**
City    State    ZIP Code

**Kern**
County

**What is the property?** Check all that apply
- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$281,000.00**
Current value of the portion you own? **$281,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................................................................=>    **$281,000.00**

### Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

EXHIBIT "A"

3

Case 17-10624   Filed 02/24/17   Doc 1

Debtor 1   **Rebecca Ann Stark**                            Case number *(if known)*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

   3.1  Make: **Kia**
        Model: **Optima**
        Year: **2015**
        Approximate mileage: **40,000**
        Other information:
        **Equitable interest. The vehicle under mother's name. Location: 13014 Sunlight Star Street, Bakersfield CA 93314.**

   Who has an interest in the property? Check one
   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ■ Check if this is community property
   (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | $12,452.00 | $12,452.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.......................................................=>   **$12,452.00**

**Part 3: Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | Household Furniture. Location: 13014 Sunlight Star Street, Bakersfield CA 93314. | $1,500.00 |
   |---|---|
   | Heritage Security-Gun Safe from Costco. Location: 13014 Sunlight Star Street, Bakersfield CA 93314. | $200.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   | Television and cellphone. Location: 13014 Sunlight Star Street, Bakersfield CA 93314. | $600.00 |
   |---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....



Case 17-10624    Filed 02/24/17    Doc 1

| Debtor 1 | Rebecca Ann Stark | Case number *(if known)* |
|---|---|---|

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes. Describe.....

    | Glock 40<br>Location: 13014 Sunlight Star Street, Bakersfield CA 93314. | $250.00 |
    |---|---|
    | Winchester Shot Gun 12 Gauge.<br>Location: 13014 Sunlight Star Street, Bakersfield CA 93314. | $300.00 |

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | Clothes and shoes.<br>Location: 13014 Sunlight Star Street, Bakersfield CA 93314. | $1,500.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ■ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes. Describe.....

    | One dog.<br>Location: 13014 Sunlight Star Street, Bakersfield CA 93314. | $1.00 |
    |---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................................................................................  **$4,351.00**

**Part 4:** **Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?**  **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes...........................................................................................................

Case 17-10624    Filed 02/24/17    Doc 1

Debtor 1    **Rebecca Ann Stark**                      Case number *(if known)*

**17. Deposits of money**
     *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
     ☐ No
     ■ Yes.......................                          Institution name:

                         17.1.    **Checking**        **Rabobank**                                         $0.76

**18. Bonds, mutual funds, or publicly traded stocks**
     *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
     ■ No
     ☐ Yes..................      Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
     ■ No
     ☐ Yes. Give specific information about them....................
            Name of entity:                                          % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
     *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
     *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
     ■ No
     ☐ Yes. Give specific information about them
            Issuer name:

**21. Retirement or pension accounts**
     *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
     ☐ No
     ■ Yes. List each account separately.
            Type of account:           Institution name:

                           **NCV**                  **Kern County Retirement NCV**                $0.00

**22. Security deposits and prepayments**
     Your share of all unused deposits you have made so that you may continue service or use from a company
     *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
     ■ No
     ☐ Yes. ......................              Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
     ■ No
     ☐ Yes.............       Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
     26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
     ■ No
     ☐ Yes.............       Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
     ■ No
     ☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
     *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
     ■ No
     ☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
     *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
     ■ No
     ☐ Yes. Give specific information about them...

Official Form 106A/B                          Schedule A/B: Property                                  page 4
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                       Best Case Bankruptcy

Case 17-10624    Filed 02/24/17    Doc 1

| Debtor 1 | Rebecca Ann Stark | Case number *(if known)* | |
|---|---|---|---|

**Money or property owed to you?**      **Current value of the portion you own?** Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    - ■ No
    - ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    - ■ No
    - ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    - ■ No
    - ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    - ■ No
    - ☐ Yes. Name the insurance company of each policy and list its value.
        Company name:      Beneficiary:      Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    - ■ No
    - ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    - ■ No
    - ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    - ■ No
    - ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    - ■ No
    - ☐ Yes. Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here....................................................................................................................     **$0.76**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    - ■ No. Go to Part 6.
    - ☐ Yes. Go to line 38.

Debtor 1    **Rebecca Ann Stark**      Case number *(if known)*

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   - ■ No. Go to Part 7.
   - ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   - ☐ No
   - ■ Yes. Give specific information.........

| Possible funds on deposit with Chapter 13 Trustee | $0.00 |
|---|---|

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................    $0.00

**Part 8:** List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ........................................................................................    $281,000.00
56. **Part 2: Total vehicles, line 5**    $12,452.00
57. **Part 3: Total personal and household items, line 15**    $4,351.00
58. **Part 4: Total financial assets, line 36**    $0.76
59. **Part 5: Total business-related property, line 45**    $0.00
60. **Part 6: Total farm- and fishing-related property, line 52**    $0.00
61. **Part 7: Total other property not listed, line 54**   +   $0.00

62. **Total personal property.** Add lines 56 through 61...    $16,803.76    Copy personal property total    $16,803.76

63. **Total of all property on Schedule A/B.** Add line 55 + line 62    $297,803.76

Case 17-10624    Filed 02/24/17    Doc 1

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Rebecca Ann Stark** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt     4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:**    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.    11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.    11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 13014 Sunlight Star Star Bakersfield, CA 93314 Kern County<br>Line from *Schedule A/B*: **1.1** | $281,000.00 | ■     $99,519.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| 2015 Kia Optima 40,000 miles Equitable interest. The vehicle under mother's name.<br>Location: 13014 Sunlight Star Street, Bakersfield CA 93314.<br>Line from *Schedule A/B*: **3.1** | $12,452.00 | ■     $3,050.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| Household Furniture.<br>Location: 13014 Sunlight Star Street, Bakersfield CA 93314.<br>Line from *Schedule A/B*: **6.1** | $1,500.00 | ■     $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Heritage Security-Gun Safe from Costco.<br>Location: 13014 Sunlight Star Street, Bakersfield CA 93314.<br>Line from *Schedule A/B*: **6.2** | $200.00 | ■     $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

| | | |
|---|---|---|
| Official Form 106C | Schedule C: The Property You Claim as Exempt | page 1 of 2 |
| Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy |



EXHIBIT "B"

9

Debtor 1   **Rebecca Ann Stark**   Case number (if known)

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Television and cellphone.**<br>Location: 13014 Sunlight Star Street, Bakersfield CA 93314.<br>Line from Schedule A/B: **7.1** | $600.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Glock 40**<br>Location: 13014 Sunlight Star Street, Bakersfield CA 93314.<br>Line from Schedule A/B: **10.1** | $250.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Winchester Shot Gun 12 Gauge.**<br>Location: 13014 Sunlight Star Street, Bakersfield CA 93314.<br>Line from Schedule A/B: **10.2** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Clothes and shoes.**<br>Location: 13014 Sunlight Star Street, Bakersfield CA 93314.<br>Line from Schedule A/B: **11.1** | $1,500.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **One dog.**<br>Location: 13014 Sunlight Star Street, Bakersfield CA 93314.<br>Line from Schedule A/B: **13.1** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Checking: Rabobank**<br>Line from Schedule A/B: **17.1** | $0.76 | ■ $0.76<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)
   
   ■ No
   
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

RECORDING REQUESTED BY

WHEN RECORDED MAIL TO

**NAME**
Adam N. Barasch (158220)
Severson & Werson, P.C.
**MAILING**
One Embarcadero Center, Suite 2600
**CITY, STATE ZIP CODE**
San Francisco, CA 94111

**Jon Lifquist, Assessor – Recorder**
Kern County Official Records
Recorded at the request of
Public

ABREUE
9/18/2015
8:28 AM

DOC#: 0215130334

Stat Types: 1    Pages: 3
Fees        29.00
Taxes        0.00
Others       3.00
PAID       $32.00

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

**TITLE(S)**

Abstract of Judgment - Civil

California Republic Bank v. Rebecca Ann Stark

EXHIBIT "C"

11


American LegalNet, Inc.
www.FormsWorkFlow.com

EJ-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, State Bar number, and telephone number):*
Recording requested by and return to:
Adam N. Barasch (158220) Bernard J. Kornberg (252006)
Severson & Werson, P.C.
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
TEL NO.: (415) 398-3344　　FAX NO. (Optional): (415) 956-0439
E-MAIL ADDRESS (Optional):
☒ ATTORNEY FOR　☒ JUDGMENT CREDITOR　☐ ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Kern
STREET ADDRESS: 1415 Truxtun Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: Bakersfield, CA 93301
BRANCH NAME:

PLAINTIFF: California Republic Bank
DEFENDANT: Rebecca Ann Stark

CASE NUMBER: S-1500-CL 289316

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**　☐ Amended

FOR COURT USE ONLY

1. The ☒ judgment creditor ☐ assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ```
      Rebecca Ann Stark
      13014 Sunlight Star Street
      Bakersfield, CA  93313
      ```
   b. Driver's license no. [last 4 digits] and state:　☒ Unknown
   c. Social security no. [last 4 digits]: 3824　☐ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
      Rebecca Ann Stark, 13014 Sunlight Star Street, Bakersfield, CA  93313

2. ☐ Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   California Republic Bank
   2500 Paseo Verde Pkwy Suite 100
   Henderson, NV 89074
   Date: 6-22-15
   Adam N. Barasch (158220)
   (TYPE OR PRINT NAME)

4. ☐ Information on additional judgment creditors is shown on page 2.
5. ☐ Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

► (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $17,007.27
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* 6/15/2015
   b. Renewal entered on *(date):*
9. ☐ This judgment is an installment judgment.

[SEAL]

Terry McNally

This abstract issued on *(date):*
AUG 0 6 2015

10. ☐ An ☐ execution lien ☐ attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*
11. A stay of enforcement has
    a. ☒ not been ordered by the court.
    b. ☐ been ordered by the court effective until *(date):*
12. a. ☒ I certify that this is a true and correct abstract of the judgment entered in this action.
    b. ☐ A certified copy of the judgment is attached.
    Clerk, by _AMcCarthy_____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

12

| | |
|---|---|
| PLAINTIFF: California Republic Bank<br>DEFENDANT: Rebecca Ann Stark | COURT CASE NO.:<br>S-1500-CL 289316 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. January 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 2 of 2

American LegalNet, Inc.
www.FormsWorkFlow.com

13

Filed 02/17/21 Case 17-10624 Doc 25



EXHIBIT "D"

# FEDERAL DEPOSIT INSURANCE CORPORATION

## MERGER DECISIONS

## ANNUAL REPORT TO CONGRESS

Bank Merger Act Reporting Requirements
(Friday, January 01, 2016 through Saturday, December 31, 2016)

All of the following Merger applications were approved by the FDIC during the year 2016. With regard to each application, the FDIC considered and found favorably with respect to the statutory factors, including the financial and managerial resources; future prospects of the existing and proposed institutions; the convenience and needs of the community to be served; the risk to the stability of the United States banking and financial system; and the effectiveness of each depository institution involved in the merger in combating money laundering activities, including in overseas branches.

Except as noted, reports regarding the competitive factors were requested from the Attorney General, and Summary Reports from the Attorney General indicated that the transactions would not have a significant adverse effect on competition.

In each case, the FDIC determined that the transaction would not result in a monopoly or further any combination or conspiracy to monopolize or attempt to monopolize the business of banking in any part of the United States. In addition, the FDIC determined that the transaction would not have the effect in any section of the country to substantially lessen competition or tend to create a monopoly or in any other manner restrain trade, unless the anticompetitive effects of the transaction were clearly outweighed in the public interest by the probable effect of the transaction in meeting the convenience and needs of the community to be served.

Finally, the FDIC determined that, for each interstate merger case (other than a case involving an insured institution in default or in danger of default), the resulting insured institution, including its affiliated insured institutions, upon consummation of the transaction would not control more than ten percent (10%) of the total amount of deposits of all insured depository institutions in the United States.

Note: Additional copies of this Report can be downloaded from the FDIC's Public Information Center's web site at: www.fdic.gov/bank/individual/merger/

# Regular Mergers

| Applicant Institution | | | Other Institution | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Institution Name City, State | Total Assets (000's) | Cert # | Institution Name City, State | Cert# | Assets Acquired (000's) | Offices Acquired | Action Approved | DOJ Reply Date | Application Number |
| Reliance Bank ATHENS, AL | 167,875 | 34866 | SouthBank, a Federal Savings Bank HUNTSVILLE, AL | 33109 | 28,266 | 4 | 04/12/2016 | 02/03/2016 | 20152233 |
| First State Bank of DeKalb County FORT PAYNE, AL | 98,715 | 23815 | First Bank of the South RAINSVILLE, AL | 24307 | 83,612 | 3 | 05/16/2016 | 04/28/2016 | 20160430 |
| American Bank of Huntsville HUNTSVILLE, AL | 112,588 | 32649 | Avadian Credit Union HOOVER, AL | 0 | 112,588 | 1 | 04/07/2016 | 11/04/2015 | 20151643 |
| Bank of Pine Hill PINE HILL, AL | 24,760 | 16607 | Family Security Credit Union DECATUR, AL | 0 | 24,760 | 1 | 12/07/2016 | 09/21/2016 | 20161301 |
| Central Bank LITTLE ROCK, AR | 117,881 | 1756 | Pinnacle Bancshares, Inc ROGERS, AR | 0 | 19 | 0 | 12/21/2016 | 12/14/2016 | 20161673 |
| | | | Pinnacle Bank ROGERS, AR | 11256 | 89,436 | 1 | | | |
| Mohave State Bank LAKE HAVASU CITY, AZ | 325,311 | 33508 | Country Bank PRESCOTT, AZ | 57498 | 205,511 | 4 | 04/18/2016 | 04/14/2016 | 20160319 |
| Tri Counties Bank CHICO, CA | 4,019,882 | 21943 | Bank of America, National Association CHARLOTTE, NC | 3510 | 230,512 | 3 | 02/01/2016 | 01/13/2016 | 20152107 |
| Central Valley Community Bank FRESNO, CA | 1,271,161 | 23030 | Sierra Vista Bank FOLSOM, CA | 58438 | 156,117 | 3 | 07/18/2016 | 06/21/2016 | 20160804 |
| First Foundation Bank IRVINE, CA | 3,488,898 | 58647 | Pacific Western Bank BEVERLY HILLS, CA | 24045 | 258,024 | 2 | 11/17/2016 | 11/09/2016 | 20161460 |
| Farmers & Merchants Bank of Central California LODI, CA | 2,592,759 | 1331 | Delta Bank, National Association MANTECA, CA | 21147 | 106,042 | 4 | 08/31/2016 | 07/27/2016 | 20160961 |
| Bank of the Sierra PORTERVILLE, CA | 1,794,648 | 22597 | Citizens Business Bank ONTARIO, CA | 21716 | 10,753 | 1 | 04/27/2016 | 04/26/2016 | 20160429 |
| Redding Bank of Commerce REDDING, CA | 990,820 | 24074 | Bank of America, National Association CHARLOTTE, NC | 3510 | 179,765 | 5 | 01/19/2016 | 12/30/2015 | 20152065 |
| Suncrest Bank VISALIA, CA | 316,781 | 58728 | Security First Bank FRESNO, CA | 58212 | 105,018 | 1 | 11/17/2016 | 10/19/2016 | 20161421 |
| Mechanics Bank WALNUT CREEK, CA | 3,586,895 | 1768 | California Republic Bancorp IRVINE, CA | 0 | 0 | 0 | 08/30/2016 | 06/21/2016 | 20160821 |
| | | | California Republic Bank IRVINE, CA | 58663 | 1,836,786 | 5 | | | |
| Drummond Community Bank CHIEFLAND, FL | 423,704 | 32737 | Nature Coast Bank HERNANDO, FL | 57773 | 60,644 | 2 | 12/09/2016 | 10/07/2016 | 20161243 |
| Mainstreet Community Bank of Florida DELAND, FL | 270,974 | 57598 | Centennial Bank CONWAY, AR | 11241 | 23,520 | 1 | 03/07/2016 | 02/18/2016 | 20160099 |
| Citizens State Bank PERRY, FL | 281,614 | 17880 | Buckeye Community Federal Credit Union PERRY, FL | 0 | 10,800 | 1 | 02/04/2016 | 04/22/2015 | 20150188 |
| Stonegate Bank POMPANO BEACH, FL | 2,455,843 | 57934 | Regent Bank DAVIE, FL | 26713 | 357,948 | 5 | 08/17/2016 | 07/27/2016 | 20160767 |

**Regular Mergers (Page 1 of 7, of 125 records)**

Data Date(s) 01/01/2016 to 12/31/2016

16

| Demographic information as of February 11, 2021 |
|---|
| **Mechanics Bank** |
| 1111 Civic Drive |
| Walnut Creek, CA 94596 |

| | | | |
|---|---|---|---|
| FDIC Certificate #: | 1768 | Date Established: | 1/1/1905 |
| Bank Charter Class: | Federal Reserve Non-member | Date of Deposit Insurance: | 1/1/1934 |
| Primary Federal Regulator: | Federal Deposit Insurance Corporation | | [More Demographic Information →] |
| Secondary Federal Regulator: | The Consumer Financial Protection Bureau | | |
| Primary Internet Web Address: | www.mechanicsbank.com | | [Generate History →] |

Information Gateway;

**ID Report Selections:**
Assets and Liabilities ⌄

**Report Date:**
September 30, 2020 ⌄

[Generate Report]

----------More Information----------

- Current List of Offices
- Compare to Peer Group(s)
- FFIEC Call/TFR Report *12/31/2020 Latest Available*
- FFIEC Uniform Bank Performance Report (UBPR)
- FDIC/OTS Summary of Deposits
- Bank Holding Company Ownership and Affiliates
- Consumer Assistance from Primary Federal Regulator
- Organization Hierarchy from the Federal Reserve System
- FDIC CRA ratings

Press 🛈 for description