2 PAGES
**PATRICK KAVANAGH**, Bar No. 99829
**LAW OFFICES OF PATRICK KAVANAGH**
1331 "L" Street
Bakersfield, CA 93301
(661) 322-5553
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| In the Matter of<br><br>REBECCA STARK,<br>　　　　　Debtor | Case No. 17-10624 - B - 7<br><br>DC-PK-2<br><br>Chapter 7 |
|---|---|
| REBECCA STARK,<br><br>　　　　　Movants,<br><br>vs.<br><br>Mechanic's Bank, as successor by Merger to California Republic Bank,<br><br>　　　　　Respondents. | POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO AVOID LIEN OF CALIFORNIA REPUBLIC BANK<br><br>DATE:　　March 3, 2021<br>TIME:　　10:00AM<br>PLACE:　 510 19th St, Dept. B<br>　　　　　 Bakersfield, CA<br>JUDGE:　 René Lastreto II |

## POINTS AND AUTHORITIES

Section 522(f) provides, in pertinent part,

> (1) Notwithstanding any waiver of exemptions but subject to paragraph (3), the debtor may avoid the fixing of a lien on an interest of the debtor in property to the extent that such a lien impairs an exemption to which the debtor would have been entitled under subsection (b) of this section, if such lien is-
>
> (A).a judicial lien, other than a judicial lien that secures a debt of a kind

1

that is specified in §523(a)(5);

Exhibit "D" to this motion reflects a judgment lien that has been recorded in the appropriate county records.

Section 522(f)(2)(a) was revised the by 1994 amendments to provide a mathematical formula to determine whether or not a lien impairs an exemption. §522(f)(2)(a) provides:

> (2)
> (a) For the purposes of this subsection, a lien shall be considered to impair an exemption to the extent that the sum of—
> (i) the lien;
> (ii) all other liens on the property; and
> (iii) the amount of the exemption that the debtor could claim if there were no liens on the property;     exceeds the value that the debtor's interest in the property would have in the absence of any liens.

If we apply 522(f) to the present situation:

| | |
|---|---:|
| Value of the Property: | $281,000.00 |
| California Republic Bank | ($ 17,007.27) |
| | $ 263,992.73 |
| First Deed of Trust | ($181,481.00) |
| | $82,511.73 |

Here, the California Republic Bank lien impairs the homestead exemption and the Court should avoid the lien as it relates to Debtor's residence.

Respectfully Submitted,

LAW OFFICCES OF PATRICK KAVANAGH

2/17/2021

By: _____
PATRICK KAVANAGH
Attorney for Debtor(s)

2