**3 PAGES**
**PATRICK KAVANAGH**, Bar No. 99829
**LAW OFFICES OF PATRICK KAVANAGH**
1331 "L" Street
Bakersfield, CA 93301
(661) 322-5553
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of<br><br>REBECCA STARK,<br>Debtor | Case No. 17-10624 - B - 7<br><br>DC-PK-2<br><br>Chapter 7 |
| REBECCA STARK,<br><br>Movants,<br><br>vs.<br><br>Mechanic's Bank, as successor by Merger to California Republic Bank,<br><br>Respondents. | CERTIFICATE OF SERVICE |

I, the undersigned, whose address appears below certify that I am and at all times hereinafter mentioned was more than 18 years of age.

That on __2/17/2021__, I served a true copy of:

MOTION TO AVOID LIEN OF CALIFORNIA REPUBLIC BANK

NOTICE OF HEARING ON MOTION TO AVOID LIEN OF CALIFORNIA REPUBLIC BANK

1

DECLARATION OF REBECCA STARK IN SUPPORT OF MOTION TO AVOID LIEN OF CALIFORNIA REPUBLIC BANK

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO AVOID LIEN OF CALIFORNIA REPUBLIC BANK

EXHIBITS IN SUPPORT OF MOTION TO AVOID LIEN OF CALIFORNIA REPUBLIC BANK

by electronic service, on the following persons:

U.S. TRUSTEE　　　　　　　　　　ustpregion17.fr.ecf@usdoj.gov

By U.S. mail, on the following persons;

JEFFREY VETTER　　　　　　　　State Court Attorney
Chapter 7 Trustee　　　　　　　　*California Republic Bank V. Stark*
P.O. Box 2424.　　　　　　　　　Adam N. Barasch
Bakersfield, CA 93303　　　　　　One Embarcadero Center, Suite 2600
　　　　　　　　　　　　　　　　San Francisco, CA 94111

State Court Attorney, Address per State Bar Website
Adam Neil Barasch
Severson & Werson
1 Embarcadero Center Fl 26
San Francisco, CA 94111

Debtor
Rebecca Stark
13014 Sunlight Star Street
Bakersfield, CA 93314

By certified U.S. mail:

Address on FDIC Website
President, CEO or Person Authorized to Accept Service
Mechanics Bank
1111 Civic Drive
Walnut Creek, CA 94596

2

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and said correspondence was deposited with postage thereon fully prepaid with the U.S. Postal Service the same day in the ordinary course of business.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 2/17/2021

*Brenda Hunt*

1331 "L" Street
Bakersfield, CA 9330