Filed 03/03/21     Case 17-10624     Doc 29

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

**Case Title:** Rebecca Ann Stark    **Case No.:** 17-10624 - B - 7
**Docket Control No.** PK-2
**Date:** 03/03/2021
**Time:** 10:00 AM

**Matter:** [21] - Motion/Application to Avoid Lien of California Republic Bank [PK-2] Filed by Debtor Rebecca Ann Stark (vcaf)

**Judge:** René Lastreto II
**Courtroom Deputy:** Carina Weed
**Reporter:** Electronic Record
**Department:** B

**APPEARANCES for:**
**Movant(s):**
(by phone) Debtor's Attorney - Patrick Kavanagh
**Respondent(s):**
(by phone) Creditor's Attorney - David E. McAllister

### CIVIL MINUTES

HEARING TO BE HELD ON 4/7/2021 at 10:00 AM at Bakersfield Courtroom

For the reasons stated on the record,

Opposition was presented at the hearing regarding laches issue only. The motion was continued to April 7, 2021 at 10:00 a.m.

Mechanics Bank shall file and serve any opposition, with respect to laches issue only, not later than March 17, 2021. Debtor shall file and serve a reply not later than March 31, 2021.

The court will issue an order.