**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                          ) Case No. 17-10624 - B - 7
Rebecca Ann Stark,             ) Docket Control No. PK-2
         Debtor.               ) Document No. 21
                               ) Date: 03/03/2021
                               ) Time: 10:00 AM
_____) Dept: B
```

**Order**

For the reasons stated on the record,

IT IS ORDERED that the Motion to Avoid Lien is CONTINUED to April 7, 2021 at 10:00 a.m. in the United States Courthouse, 510 19th Street, Bakersfield, California.

IT IS FURTHER ORDERED that Mechanics Bank shall file and serve any opposition, with respect to laches issue only, not later than March 17, 2021.

IT IS FURTHER ORDERED that the Debtor shall file and serve a reply not later than March 31, 2021.

**Dated:** Mar 03, 2021

By the Court

*René Lastreto II*
René Lastreto II, Judge
United States Bankruptcy Court

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Rebecca Ann Stark
13014 Sunlight Star Street
Bakersfield CA 93314

Jeffrey M. Vetter
PO Box 2424
Bakersfield CA 93303

Patrick Kavanagh
1331 L St
Bakersfield CA 93301