**2 Pages**
PATRICK KAVANAGH, Bar No. 99829
**LAW OFFICES OF PATRICK KAVANAGH**
1331 "L" Street
Bakersfield, CA 93301
(661) 322-5553
Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of<br><br>REBECCA STARK,<br>        Debtor | Case No. 17-10624 - B - 7<br><br>DC-PK-2<br><br>Chapter 7 |
| REBECCA STARK,<br><br>        Movant,<br><br>vs.<br><br>Mechanic's Bank, as successor by Merger to<br>California Republic Bank,<br><br>        Respondents. | **WITHDRAWAL OF MOTION TO AVOID LIEN OF CALIFORNIA REPUBLIC BANK**<br><br>DATE:   April 7, 2021<br>TIME:   10:00AM<br>PLACE: 510 19th St, Dep. B<br>             Bakersfield, CA 93301<br>JUDGE: René Lastreto II |

     COMES NOW REBECCA STARK, debtor herein, through her attorney of record, PATRICK KAVANAGH, and files the herein Withdrawal of Motion to Avoid Lien of

/

/

1

1 | California Republic Bank

DATED: March 5, 2021

LAW OFFICES OF PATRICK KAVANAGH

By _____
PATRICK KAVANAGH
Attorney for Debtor

No Opposition.

DATED: March 5, 2021

By _____
David McAllister
Attorney for Mechanics Bank, successor by merger to California Republic Bank